FILED
CHARLOTTE, NC

JUN 02 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

Western Division

| | |
|---|---|
| Aurra M. Rogers, Joseph S. Rogers Jr. <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br><br> Jacquelyn Norment-Burt, Eugene William Smith, Derrick Richardson, Yolanda Williams, Midsouth Capital Investments, Inc., <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 3:25-cv-308-MOC <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☐ Yes ☒ No |

## COMPLAINT FOR A CIVIL CASE

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Aurra M. Rogers |
  | Street Address | 14051 Old Vermillion Dr. |
  | City and County | Huntersville, Mecklenburg County |
  | State and Zip Code | North Carolina 28078 |
  | Telephone Number | 704-605-4252 |
  | E-mail Address | arogers@radsoutheast.com |

B. **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jacquelyn Norment-Burt |
| Job or Title *(if known)* | |
| Street Address | 8491 Gatehouse Rd., |
| City and County | Plantation, Broward County |
| State and Zip Code | Florida, 33324 |
| Telephone Number | 614-906-0665 |
| E-mail Address *(if known)* | jnormentburt@gmail.com, harmoniousprocessing@gmail.com |

Defendant No. 2

| | |
|---|---|
| Name | Eugene William Smith |
| Job or Title *(if known)* | |
| Street Address | 3010 Coral Ridge Dr. |
| City and County | Coral Springs, Broward County |
| State and Zip Code | Florida 33065 |
| Telephone Number | 754-242-1080 |
| E-mail Address *(if known)* | Smith1036@gmail.com |

Defendant No. 3

| | |
|---|---|
| Name | Yolanda Williams |
| Job or Title *(if known)* | |
| Street Address | 1041 Shasta Ct. |
| City and County | Jonesboro, Clayton County |
| State and Zip Code | Georgia 30238 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Derrick Richardson |
| Job or Title *(if known)* | |
| Street Address | 1041 Shasta Ct. |
| City and County | Jonesboro, Clayton County |
| State and Zip Code | Georgia 30238 |
| Telephone Number | |

E-mail Address *(if known)* _____

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question    ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Aurra M. Rogers, is a citizen of the State of *(name)* North Carolina.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

The defendant, *(name)* Jacquelyn Norment-Burt, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, *(name)* Midsouth Capital Investments Inc, is incorporated under the laws of the State of *(name)* Georgia, and has its principal place of business in the State of *(name)* Georgia.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Payments made to the defendant, along with additional cost associated with real estate transaction and loss of revenue and value of asset during times on inactivity.

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiffs in good faith signed a term sheet in which the plaintiffs paid an upfront fee of $9,750 to defendatnas as well as provide all neccesary documents requried for the defendant to fund closing of a refinance and construction loan in the amoutn of $850,000. The Defendant was responsible for processing and closing the loan within 3 weeks. If at no fault of the plaintiff the defendant was not able to process the loans, the plaintiffs would receive a refund of the deposit, if failure was on the side of the defendant the plaintiffs would receive the refunds. The process exceeded the alloted timeline and under the guidance and promise of the defendants, the plaintiffs incurred more expenses in the process. To date the defendants have not provided no refund nor have they provided the funds needed for the transaction. The original written agreement was entered into on 2.27.2025. The defendant was not able to provide the stated funding amount of $850,000. The defendant failed to communicate failures after multiple attempts from the plaintiff and plaintiff's representative to reach out. Months have passed and still no action from the defendant or attempt to resolve the matter per the terms of the contract. Plaintiffs seek relief under breach of contract and fraudualant actions by the defendants.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

The plaintiff is seeking relief in the amount of $1,000,000. For the following reasons based on actions approved by the defendant and their representatives:
- $9,750 refund of initial deposit to defendants.
- $400,000 in general contracting fees, financing fees, and loss of value of land due to confirmation of actions approved by the defendant.
- $590,250 in punitive damages.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/28/2025

Signature of Plaintiff  *[signatures]*

Printed Name of Plaintiff  Aurra M. Rogers and Joseph S. Rogers Jr.

### B. For Attorneys

Date of signing: _____

Signature of Attorney  _____
Printed Name of Attorney  _____
Bar Number  _____
Name of Law Firm  _____
Street Address  _____

State and Zip Code  _____
Telephone Number   _____
E-mail Address     _____

I. Parties to this complaint
   a. Additional Plaintiff
      i. Name: Joseph Rogers
         Street Address: 14051 Old Vermillion Dr.
         City and County: Huntersville, Mecklenburg County
         State and Zip Code: North Carolina, 28078

   b. Additional Defendant
      i. Name: Midsouth Capital Investments, Inc.
         Job or title (if known):
         Street Address: 1041 Shasta Ct.
         City and County: Jonesboro, Clayton County
         State and Zip Code: Georgia, 30238
         Telephone Number
         E-Mail Address:

II. Basis of Jurisdiction
   a. The Plaintiff (additional)
      i. The plaintiff, Joseph Rogers, is a citizen of the state of North Carolina.
   b. The Defendants (additional)
      i. The defendant, Eugene William Smith, is a citizen of the State of Florida.
      ii. The defendant, Derrick Richardson, is a citizen of the state of Georgia.
      iii. The defendant, Yolanda Williams, is a citizen of the state of Georgia.